Entered: June 7, 2019
Signed:  June 7, 2019

**SO ORDERED**



**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  17–19887 – RAG    Chapter:  7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

G&E Contractors, Inc.
*debtor has no known aliases*
4319 Harford Road
Baltimore, MD 21214

Social Security No.:

Employer's Tax I.D. No.:  52–0635448

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 7/20/17.

The estate of the above−named debtor has been fully administered.

ORDERED, that George W. Liebmann is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *yoliver*